### BRIGGS v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. March 25, 1924.)

No. 4054.

In Error to the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Jr., Judge.

Leon J. A. Briggs was convicted of crime, and brings error. Affirmed.

H. E. Kahn, of Houston, Tex. (Mathis, Heidingsfelder, Teague & Kahn, J. V. Meek, and C. E. Heidingsfelder, all of Houston, Tex., on the brief), for plaintiff in error.

H. M. Holden, U. S. Atty., of Houston, Tex. (E. R. Warnken and Horace Soule, Asst. U. S. Attys., both of Houston, Tex., on the brief), for the United States.

Before WALKER and BRYAN, Circuit Judges, and CALL, District Judge.

PER CURIAM. The judgment is affirmed.